IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JERRRY CHRISTOPHER EDWARDS, | : PRISONER CIVIL RIGHTS |
| | : 42 U.S.C. § 1983 |
| Plaintiff, | : |
| vs. | : CASE NO. 2:19-cv-00164-SCJ-JCF |
| DONNA MARIE BENNETT et al, | : |
| Defendants. | : |

### PLAINTIFF'S MOTION TO REOPEN AND EXTEND TIME TO COMPLY WITH ORDER [DOC 21]

Per L.R. 7.1 and applicable law, Plaintiff moves to reopen and extend the time to comply with the deadlines in the Order [Doc 21] as follows

### STATEMENT OF FACTS

1. On 7/9/19, Plaintiff filed suit [Doc 1] naming the Defendants for whom summons issued, on his civil rights claims.

2 The Court partially dismissed Plaintiff's deliberate indifference claims but maintained his claims for malicious prosecution, [Doc 10, Order] for which he attempted to bring an amended complaint [Doc 11] although a more carefully drafted complaint may support additional relief.

1

3. Plaintiff's counsel has now appeared in this case which he is still investigating, per its 5-year old record, who requires Open Records Requests to Dawson County to obtain the information needed to determine if Plaintiff can bring additional other claims and join additional parties, possibly resulting in re-joinder of Dawson County and other parties to this case by an amended complaint.

4. Therefore, Plaintiff requests that the Court reopen and extend the deadlines in the Order [Doc 21] until 1/11/21 to further comply with the Order which will not prejudice the single Defendant, who is not yet served [Doc 23-24].

5. A proposed Order is attached as **Exhibit 1.**

## MEMORANDUM

The Court is requested to take notice of these matters per Fed. R. Evid. 201. The Court controls pretrial deadlines in this case. **Landis v. N. Am**. Co., 299 U.S. 254 (1936). [it is "incidental to the power inherent in every court to control disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"]. The Court may grant an extension for good cause. **Pioneer v. Brunswick**, 507 U.S. 395 (1993) [permitted late proof of claim by attorney]. Plaintiff meets this standard in seeking the instant relief, given the current circumstances, for which good cause was shown. **Sosa v. Airprint**, 133 F.3d 1417-19 (11th Cir. 1998). This relief will not prejudice any party to this case.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court reopen and extend the deadlines in the Order [Doc 21] until 1/11/21 to further comply with the Order; and all other just relief.

## L.R. 5.1 (C) CERTIFICATE OF COMPLIANCE

Per L.R. 5.1(C), I certify this document was prepared per L.R. 5.1(B) in Times Roman 14-point typeface.

Respectfully submitted this 7th day of December 2020.

        By:    */s/Paul G. Wersant*
                Paul G. Wersant
                Georgia Bar No. 748341
                3245 Peachtree Parkway, Suite D-245
                Suwanee, Georgia 30024
                Telephone: (678) 894-5876
                Email: pwersant@gmail.com
                Attorney for Plaintiff