IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JERRRY CHRISTOPHER EDWARDS, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 2:19-cv-00164-SCJ-JCF |
| DAWSON COUNTY GEORGIA et al, | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE [DOC 42] TO MOTION TO DISMISS [DOC 35]**

Plaintiff files his Motion for Leave to file his response [Doc 42] to the Motion [Doc 35] incorporating his Amended Complaint [Doc 11].

**STATEMENT OF FACTS**

1. Plaintiff filed suit, in which Defendant Bennett is named and was served [Doc 11] for whom counsel just appeared [Doc 37].

2. Plaintiff essentially sues Defendant for maliciously prosecuting him on dismissed criminal charges, which resulted in revocation of his probation.

3. The FAC pleads claims against Defendant in her individual capacity per the Order [Doc 11] which cited 'official capacity' language in its caption, but that language is not reflected in the body and claims of the FAC [Doc 11, 42].

4.      Defendant filed a Motion to Dismiss [Doc 35] to dismiss unpled 'official capacity' claims, based solely on the FAC's caption, also permanently barring all such claims in this case, which cannot be presently granted [Doc 42].

5.      Plaintiff's counsel is working on obtaining records of the underlying state court cases, without discovery, which may take up to 3 weeks, precluding him from filing an amended complaint as a matter of right, as detailed in the Response.

6.      Plaintiff's counsel had diligently obtained many records by Friday but concluded after reviewing them that he needs the Open Records at this time before filing an Amended Complaint.

7.      Plaintiff's counsel also works from a residential office, which often experiences internet service issues due to a larger number of persons working from home due to COVID-19, who had to address matters pending in other jurisdictions on Friday, again being affected by COVID, such as discovery, motions, trials and ADR, resulting in the Response filed today, for which Plaintiff seeks leave to file.

## **MEMORANDUM**

The Court is requested to take notice of these matters per Fed. R. Evid. 201 which may grant the relief sought. "[It is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time

and effort for itself, for counsel, and for litigants." **_Landis v. N. Am. Co_**., 299 U.S. 248, 254, 57 S. Ct. 163, 166, (1936) [discussed court's authority to stay case]

Plaintiff should be granted leave to file the Response out of time, which will not delay this case or prejudice a party and is sought for good cause. **_Advanced Estimating Sys. v. Riney,_** 130 F.3d 996, 997-98 (11th Cir. 1997) (quoting **_Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship,_** 507 U.S. 380, 395, 113 S. Ct. 1489 (1993) [accepted late claim which did not prejudice adversary]. **_Cannabis Action Network, Inc. v. Gainesville_**, 231 F.3d 761,767-68 (11th Cir. 2000) [accepted late notice of appeal which did not prejudice defendants, delay was *de minimus* per long litigation, reason for delay was legitimate and there was "no indication that [plaintiff's] delay resulted from mere negligence or bad faith" ] *See* **_Maixner v. United States_**, LEXIS 91983 (M.D. Fla. 2007) and **_Sosa v. Airprint Sys._**, 133 F.3d 1417, 1418, 1419 (11th Cir. 1998) This relief should be granted.

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a)   Leave to file the Response [Doc 42] out of time today;

(b)   All other just and proper relief.

## **CERTIFICATE OF COMPLIANCE**

Per L.R. 5.1(C), I certify this document was prepared per L.R. 5.1(B) in Times Roman 14-point.

## **CERTIFICATE OF SERVICE**

I certify a precise copy of this document was filed ECF on the below date sending notice to counsel of record.

Respectfully submitted this 16th day of August 2021

By: */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 894-5876
Email: pwersant@gmail.com
Attorney for Plaintiff